**Order entered July 1, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00373-CV

### KEN-DO CONTRACTING, L.P., Appellant

### V.

### F.A. BROWN'S CONSTRUCTION, LLC, D/B/A BROWN CONSTRUCTION AND BROWN'S CONCRETE CONSTRUCTION, Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-09249**

## ORDER

The reporter's record in this case is overdue. By postcard dated May 9, 2016, we notified the official court reporter for the 134th Judicial District Court that the reporter's record was overdue. We directed the court reporter to file the record within thirty days. To date, we have not received any response.

Accordingly, we **ORDER** Court Reporter Vielica Dobbins to file, within **FIFTEEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification that appellant has not paid for or made arrangements to pay for the record. *We notify appellant that if we receive verification it has not*

*requested the record or has not paid for or made arrangements to pay for the record, we will order the appeal submitted without the reporter's record.  See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Vielica Dobbins, Official Court Reporter, 134th Judicial District Court.


/s/     CRAIG STODDART
           JUSTICE